Plaintiffs *in propria persona*

Thomas Deegan and Darlene Deegan

317 Locust Drive                    1 (304) 840 0043

Mineral Wells, WV 26150          tdavid@hushmail.com

FILED

FEB 2 4 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

# District Court of the United States
# Southern District of West Virginia

*6-12-0523*

| | |
|---|---|
| Thomas Deegan and Darlene Deegan, sovereign people of the Republic for the United States of America, | ) <u>CIVIL RIGHTS COMPLAINT</u> ) ) <u>TRIAL BY JURY DEMANDED</u> |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) |
| STATE OF WEST VIRGINIA, | ) REPUBLIC FOR THE UNITED ) STATES OF AMERICA ) CONSTITUTION 14th |
| COUNTY OF WOOD, | ) AMENDMENT CIVIL RIGHTS ) ACT VIOLATION OF APRIL 20, |
| Officer Rick Modesitt President, | ) 1871, CODIFIED 42 U.S.C. ) §1983-1986 |
| Officer KD Merritt, | ) ) CORPORATE OFFICERS |
| Officer Robert Tebay, | ) FRAUD ACT, SECTION 8, ) MARCH 2, 1868 |
| Officer Carole Jones, | ) ) |
| Officer Jeffery B Reed, and all successors, et al, | ) ) ) |
| *Defendants,* | ) ) |

## A. INTRODUCTION

1. On or about July 27th, 1994, Thomas Deegan suffered from a very painful and injurious car accident. Since that day he has suffered with consistent and extreme pain.

2. On or about December of 2004, he was involved in a high-speed head-on collision car accident. Since those 2 accidents he has suffered daily consistent and continuous trauma, pain, cramps and spasms.

3. By mid 2005, Thomas started experiencing depression, anxiety and the inability to sleep. Doctors prescribed him medications, but he received little to no relief, they only aggravated the situation.

4. Around the 1st part of the year 2007, it became apparent to Thomas that his prescription medications were having drastic side-effects on his physical and mental health, to the point where he would become severely debilitated and they were not helping his medical condition. At that material time he started giving himself to the learning about Gods commandments found in the Holy Scriptures of using natural herbs and plants that he made for the use of man, commanding to Adam and Eve to take care of these and grow them for their use. Genesis Chapter 1 verse 29:   And God said, *"Behold I have given you every herb bearing seed, which is upon the face of the earth, and every tree, in which is the fruit of a tree yielding seed; to you it shall be for meat."*

5. On February 28 2010, Thomas Deegan, living with his mother Darlene Deegan at the material time of the incident, was undergoing a severely painful situation from his medical condition, and mental stress interval, from the past use of the pain killers and medications he had taken. It was beyond his natural ability to deal with. His anguish provoked him to

2

call a crisis hotline threatening to commit suicide to get rid of the pain and anguish.

6. Law enforcement was contacted. Sheriff and other law enforcement arrived on scene and were able to stabilize Thomas Deegan.

7. During the scene, a small indoor hydroponics natural herb garden growing with the herb Cannabis sativa L. was found for personal, private natural medicine use only. A search warrant thru the Wood County Magistrate Court was obtained by law enforcement and signed by Magistrate D Jackson. A dissembling Unit arrived and removed the 63 indoor natural medicine herb Cannabis sativa L. plants, from the indoor herb garden.

8. On May 13, 2010, the CIRCUIT COURT OF WOOD COUNTY CORPORATION GRAND JURY issued commercial criminal charges under WEST VIRGINIA CORPORATE CODE by Prosecuting Attorney Jason A Wharton, acting for STATE OF WEST VIRGINIA as plaintiff in case 11-F-101,11-F-102, indicting Thomas Deegan and Darlene Deegan, his mother.

9. Affidavits were filed by Thomas Deegan notifying the COURT of proper venue and requesting Biblical justice according to Gods laws, but WOOD COUNTY CORPORATION OFFICERS denied them.

10. On February 13th, 2012, Judge Navin C Naidu, American Judges Association membership #160325, and also one of the Justices on the Ecclesiastical Court of Justice, Pennsylvania, paid lawful money, payable on the treasury of the United States for the removal fee of transferring the case and gave lawful Notice to remove this case from the CIRCUIT COURT OF WOOD COUNTY CORPORATION to the Ecclesiastical Court of Justice, Pennsylvania, granting that this Court has jurisdiction and is proper venue for this case, as it has everything to do with the Rights of the Christian Religion, the faith and the Commandments of God, the Grace and

forgiveness through the Atonement Blood of Jesus Christ, who died on the cross, forgiving all who confess and are baptized in his name for the forgiveness of their sins from man-made laws, upon repentance, and the healing of physical health, disease, pain, infirmities and afflictions which are sole and exclusive issues in the venue of Jesus Christ alone, the great Healer of the Christian religion.   Officers from CIRCUIT COURT OF WOOD COUNTY CORPORATION refused to relinquish the commercial monetary interests of this case to the Ecclesiastical Court of Justice, Pennsylvania.

## B. PRINCIPAL ISSUE

1. Plaintiffs seek the intercession of the District Court of the United States judiciary, as guardians of the Constitution, to sustain Plaintiffs' claim for relief for cause, as the Defendants are engaged in juggernaut, corporate, constitutionally unlawful money state rule politics, and extortion, and not being an injured party, as will be shown during trial. Due to the political structure of WOOD COUNTY CORPORATION COMMERCE AND MONEY STATE RULE system, it is impossible for them to provide justice pursuant to the State and Federal Constitution which protects the right to freedom of the Christian Religion which is the Rock and Foundation of the faith of our Nation, Constitution, Bill of Rights, and 14th Amendment, " *No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws*".

2. Plaintiffs invoke the Free Exercise Clause of the First Amendment, Bill of Rights, U.S. Constitution; the Religious Freedom Restoration Act of

4

1993, Public Law 103-141, 107 Stat. 1488, 42 U.S.C. §2000bb (An Act to protect the free exercise of religion); and Public Law 97-280 (Declared the Bible is the Word of God). The Holy Bible at 1 Corinthians 6:1-8 prohibits those professing the Christian faith from entering secular Courts and the Law of Christ, prohibits Christians from serving both God and mammon, mammon being the civil system of extortion for money to forgive the sins of breaking codes of commerce. Plaintiffs Christian religion is a well settled fact, by millions of Americans, that guilt is removed, only through faith in the name of Jesus, and by the Power of His Blood Covenant, all debts from the law have been paid. His commandments, recorded in the Holy Bible do sanction, that the omission of an injury or damage to someone else, is to be restored and can be made right by paying money, when there is a real injured party at hand. Defendants are not an injured party at hand, but the Plaintiff's are the injured party. They have a right to practice their religion, and assert they are protected by the Constitution and Bill of rights to do so, invoking the laws of God and His Commandments, as written in the Bible and invoking the Grace of Jesus through the power of His blood, for the remission and forgiveness of all sins from the law, as justification, rationale and reason for removal to Ecclesiastical Court of Justice, Pennsylvania.

3. Plaintiff's assert, vow, believe and testify that the Holy Bible, Republic for the United States of America Constitution, Bill of Rights, and 14th Amendment and the general laws pursuant to, are the supreme foundation of our Nations justice system and provide the guarantee, basis, protection and right to have said case removed to the Ecclesiastical Court of Justice, Pennsylvania, rather then to appear in a secular commercial CIRCUIT COURT OF WOOD COUNTY CORPORATION, without the

5

fear of harassment, arrest and imprisonment from the WOOD COUNTY CORPORATE officers of commerce.

4. The Free Exercise Clause of the First Amendment, Bill of Rights, U.S. Constitution; the Religious Freedom Restoration Act of 1993, Public Law 103-141, 107 Stat. 1488, 42 U.S.C. §2000bb (An Act to protect the free exercise of religion); and Public Law 97-280 (The Bible is the Word of God). The Holy Bible at 1 Corinthians 6:1-8 prohibits those professing the Christian faith from entering into secular courts to extort and be extorted with their issues, but to hold their own Ecclesiastical Courts with each other. Deegan and Deegan have invoked this very command and religious right as justification, rationale and reason for removal to Ecclesiastical Court of Justice, Pennsylvania, but have been railroaded.

## C. FACTS AND BACKGROUND

*1.* "More and more lawyers are awaking to a perception of the truth that what divides and distracts us in the solution of a legal problem is not so much uncertainty about the law as uncertainty about the *facts* – the facts that generate the law. Let the facts be known as they are, and the law will sprout from the seed, and turn its branches toward the light" (Justice Benjamin N Cardozo) (emphasis added).

2. Defendants had, and have knowledge that they are perpetrating wrongs that are detrimental to the Plaintiffs and to others who follow the teachings of Plaintiffs who wish to uphold the principles and mandates of God's Law, Constitution of the United States and the Constitution of West Virginia, in restoring this great country to its original moorings without the

influence of the Westphalian philosophy or by Progressive mindsets that have redefined morals and ethics through the prism of "political correctness" by jettisoning God from government.

3. Every person who, *having knowledge* that any of the wrongs conspired to be done, and mentioned in section 42 U.S.C.§1985 (2) (Conspiracy to interfere with civil rights) of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;

FIRST CAUSE OF ACTION: Plaintiffs Deegan and Deegan are afraid for their lives because they could be arrested and detained on false and spurious charges under the color of commerce code. Plaintiffs have been teaching and propagating the principles of the Holy Bible and those of the U.S. Constitution and the Constitution of West Virginia.  These teachings are being considered deviant and anti-government. Lies have speed, but truth has endurance, as will be proven during trial. The COUNTY OF WOOD CORPORATION as a person, has shifted responsibility and accountability, from its original moorings as a lawful County within the Constitutional geographical constructs of the State of West Virginia, with a Republican form of Government, pursuant to the West Virginia Constitution as guaranteed by the Constitution of the United States, to that of a CORPORATION IN COMMERCE, an entirely strange and different

political body corporate subdivision, <u>not</u> a subdivision of the geographical West Virginia pursuant to the Constitution of the State of West Virginia. This is not what the nation's founders and framers intended in the compact with the people of the original thirteen colonies and its descendants through increased population and statehood. This corporate status adds to the Plaintiffs' claim for sovereign immunity.

<u>SECOND CAUSE OF ACTION</u>: STATE OF WEST VIRGINIA in suit, 11-F-101, 11-F-102, is not the Constitutional State of West Virginia as found in the Constitution of West Virginia, which was annexed to the Union in December 31, 1862, by an Act of Congress, which confirmed West Virginia, "*constitution aforesaid being republican in form.*" Defendant, STATE OF WEST VIRGINIA is an aggregate body politic unit of many COUNTY CORPORATE sub-divisions of commerce and not the real State of West Virginia which was admitted to the Union. The CIRCUIT COURT OF THE COUNTY OF WOOD CORPORATION is a mere fictional body politic sub-division corporate component of the STATE OF WEST VIRGINIA and is not vested with the sovereign peoples delegated judicial power of the state pursuant to State of West Virginia Constitution, Article 8-1, "*The judicial power of the state shall be vested in the circuit courts and in such immediate appellate courts and magistrate courts as shall be hereafter established by the legislature, and in the justices, judges and magistrates of such courts.*" The CIRCUIT COURT OF THE COUNTY OF WOOD CORPORATION, all officers, are a body politic sub-division component of the STATE OF WEST VIRGINIA the alleged Plaintiff in case# 11-F-101,11-F-102. The officers of this COURT as well as the State Attorneys are all corporate components of this scheme. It is impossible to have a fair and just

constitutional lawful trial on any matter without violation of the Constitution, Bill of Rights ARTICLE V and ARTICLE VI. Attempt to do so by the STATE OF WEST VIRGINIA is willful intent to defraud. This COURT is not seated with lawful justices pursuant to the Constitution, but are merely corporate officers exercising an unconstitutional commercial money state rule corporate code, not a Republican form of Government, with willing intent to harm, damage, and extort maliciously, under the pretense of Constitution law as we will prove during trial.

THIRD CAUSE OF ACTION: Named defendant officers, are mere Corporate Officers, participating in the scheme of pretending to be exercising the power of the sovereign people of Wood County, through the peoples lawful State Constitution, but Defendants are mere officers of the CIRCUIT COURT OF THE COUNTY OF WOOD CORPORATION, operating a money state code of commerce, willingly, impersonate lawful Constitutional officials with intent to defraud Deegan and Deegan, sovereign people of Wood County and impersonating lawful Constitutional officials, as will be proven during trial.

FOURTH CAUSE OF ACTION: Thomas Deegan and Deegan requested removal to the Ecclesiastical Court of Justice, Pennsylvania, because this Court has venue and jurisdiction over the aforesaid religious matters, pursuant to the Commandments of God, yet were denied by officer Jeffrey B Reed, CIRCUIT COURT OF THE COUNTY OF WOOD CORPORATION, even though the West Virginia Constitution contains these words in the preamble: *"Since through Divine providence we enjoy the blessings of civil, political and religious liberty, we, the people of West Virginia, in and*

9

*through the provisions of this Constitution, reaffirm our faith in and constant reliance upon God and seek diligently to promote, preserve and perpetuate good government in the state of West Virginia for the common welfare, freedom and security of ourselves and our posterity".*

FIFTH CAUSE OF ACTION: Deegan has suffered severely for many years due to his car accidents and the STATE OF WEST VIRGINIA has neglected Deegan in providing adequate health-care to meet his needs with sustained injury, as will be proven in trial. Deegan started researching and found God and his laws about the use of natural herbs and after he was charged by The STATE OF WEST VIRGINIA, Deegan also found Nathan Peachey, the Overseer of Jericho Outreach, a humanitarian religious organization, with Distributor ID# 17148 with the Young Living Essential Oils Company. Jericho Outreach has helped thousands of people in using Young Living, using chemical-free, all natural biblical healing oils such as Frankincense and Myrrh to name a few, for pain relief, depression and improvement from accidents where drugs help nothing. With Young Living being a global farming Company and listed on the internet, there is no reason that the STATE OF WEST VIRGINIA could not have provided Deegan with the Essential Oils for pain relief and recovery rather then neglecting Deegan, and when he tried the herbs he believed he could grow himself naturally for the pain, they charged him with a commercial crime. Nathan is now assisting Deegan with the pain, using Young Livings Biblical Healing Oils, instead. Deegan has commissioned Nathan Peachey with full letter of Attorney and plenipotentiary powers concerning all his health and legal needs.

10

## D. RIPENESS AND STANDING

1. "The essence of a true standing question is . . .[does] the plaintiff have a legal right to judicial enforcement of an asserted legal duty? This question should be seen as a question of substantive law, answerable by reference to the statutory or constitutional provision whose protection is invoked." See William Fletcher, *The Structure of Standing*, 98 Yale L.J. 221, 223 (1988) at 229.

2. A personally real, concrete and particularized controversy is at stake in this Complaint as to assure that concrete adverseness will sharpen the presentation of issues upon which this honorable Court so largely depends for illumination of difficult constitutional questions. *Baker v. Carr,* 369 U.S. 186, 204 (1962). Deegan has suffered tremendously in his physical body and when he decided to do what he could do by right of God's laws, THE STATE OF WEST VIRGINIA engaged him in the politics of commercial code, subjecting him to well-regulated and sustained political demonization by being stigmatized as a criminal and a druggist, while he was a sufferer seeking a solution for problems the STATE OF WEST VIRGINIA was negligent in.

3. In *Massachusetts v. Environmental Protection Agency,* 549 U.S. 497 (2007), Chief Justice Roberts of the United States Supreme Court reiterated *three requirements for standing* that the court has derived from Article III of the Constitution, which limits the federal courts' jurisdiction to "cases" and "controversies." First there must be an allegation of a "concrete and particularized" injury, one that is "actual and imminent, not conjectural or hypothetical," and that affects the plaintiff personally and not simply "the public at large."

11

Second the injury must be "fairly traceable to the defendant's allegedly unlawful conduct." *Bennett v. Spear*, 117 S. Ct. 1154, 1163 (1997). Defendants have met this unlawful conduct that has spurred this action.

Third, the injury must be "likely to be redressed by the requested relief." *Northeastern Florida Contractors v. Jacksonville*, 508 U.S. 656, 663 (1993). Plaintiffs verily believe that this Court would redress the injury by the five reliefs requested. Plaintiffs believe that the District Court of the United States judiciary will be the final repository for relief as requested and sought in the interests of justice.

## E. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case under 28 U.S.C.§ 1331 (Federal Question) because this action arises under the Fourteenth Amendment to the United States Constitution and 42 U.S.C, §1986, a federal law; under 28 U.S. § 1343 (a)(3) because this action is brought to redress deprivations, under color of state law, of rights, privileges and immunities secured by the United States Constitution; and under 28 U.S.C. § 1343(a)(4) because this action seeks money damages for emotional and mental distress, loss of earning capacity, and other punitive damages under 42 U.S.C. § 1986 an Act of Congress. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in the geographical State of West Virginia.

## F. PARTIES

Plaintiff Deegan and Deegan are Citizens of West Virginia and are members of the sovereign people of the Republic for the United States of America, educating people on principles of Christianity and the Constitution.

Defendants COUNTY OF WOOD CORPORATION and its Officers and the aggregate body politic of the CORPORATE COUNTY sub-divisions STATE OF WEST VIRGINIA have become a foreign corporation with respect to a state, Vol. 20, CJS, p. 1785; NY *re Merriam*, 36 N.E. 505, 1441 S. Ct. 1973, 41 L. Ed. 287, as person, living in the State of West Virginia.

### G. LAW AND ARGUMENT

1. The Supreme Court affirmed the sovereignty of the people in 1793 in *Chisholm v. Georgia*, 2 US 419 by Chief Justice John Jay stating, "At the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country, but they are sovereigns without subjects and have none to govern but themselves."   President Andrew Johnson likewise referenced this sovereignty in a proclamation on December 25, 1868, "and in the name of the sovereign People of the United States."

2. In an address delivered by Justice Hugo L Black at the Einstein Memorial Meeting-Town Hall (N.Y.C.), May 15, 1955, Justice Black reiterated that "life without liberty" was not "worth living." "The desire of people to be free from government oppression" was the "same all over the world." The Constitution, Justice Black said, "with its absolute guarantees of individual rights was the best hope for the aspirations of freedom which men share everywhere. Justice Black also shared the traditional American distrust of concentrated government power.

3. Plaintiffs contend and submit that the Defendants have abandoned their roles as guardians of sound public policies. The Constitution, especially the Bill of Rights, is violated daily. Plaintiff Deegan has been denied a basic liberty to propagate and practice the teachings of the Holy Bible and the U.S. Constitution.

13

4. Unlawful aliens have long been recognized as persons guaranteed Fifth and Fourteenth Amendment due process of law and under equal protection of law. *Shaugnessy v. Mezei*, 73 S.Ct. 625 (1953); *Wong Wing v. U.S.*, 16 S.Ct. 977 (1896); *Yick Wo v. Hopkins*, 6 S.Ct.1064 (1886); *Mathews v. Diaz*, 96 S. Ct. 1883(1976); and *Plyler v. Doe*, 102 S.Ct. 2382 (1982). Curiously, Plaintiffs have been denied these very rights that favor unlawful aliens.

5. Muslims in the United States of America appear to have better entrenched rights under the First Amendment as observed in a recent decision of the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida in Case No. 08003497 when Judge Richard A. Nielsen, circuit court judge for Division L, agreed with counsel that Muslims have a right to remove the adjudication of Islamic issues from non-Muslim courts to their own ecclesiastical (sharia) courts. Again curiously, Plaintiffs have been denied these very rights that favor the Mohammedans, yet interestingly just today on the news, President Barrack Obama wrote a letter of apology in a letter to Afghan President Hamid Karzai for the burning of Korans at the largest American military base in Afghanistan, according to the White House and Karzai's office. But yet here in America, the very fabric of the Bible, our nations Religious Book, the Holy Book that teaches freedom of religion for all faiths, peace and forgiveness from transgression, the religion of grace, that build America strong, pursuant to the teachings of the Messiah, is being denied to the Plaintiffs.

6. The dissent written by Justice John Marshall Harlan in *Downes v. Bidwell*, 182 U.S. 244 (1901) held that the U.S. Congress was always bound to enact laws within the jurisdiction of the Constitution. In it, he said, "This nation is under the control of a written constitution, the supreme law of the

land and the only source of the powers which our government, or any branch or officer of it, may exert at any time or at any place." He held that the Congress had no existence, and therefore had no authority, outside of the U.S. Constitution. He also said, "... ***two national governments exist; one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument***. By exercising such powers as other nations of the earth are accustomed to a radical and mischievous change in our system of government will result ... We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism ... ***It will be an evil day for American liberty*** if the theory of a government outside the supreme law of the land finds lodgment in our constitutional jurisprudence." (emphasis added).

Plaintiffs have reason to believe that Justice Harlan's cautionary warning has become an alarming reality in light of the Defendants' actions in the prosecution of Deegan, and the tactics being perpetrated against Plaintiff.

## H. RELIEF SOUGHT

1.As relief for the First Cause of Action, Plaintiffs seek an injunction from the District Court of the United States to "pierce the Corporate veil" of the COUNTY OF WOOD, to allow the return of Wood County Government to a lawful republican form of Government that is established pursuant to the Constitution.

2.As relief for the second Cause of Action, Plaintiffs seek an injunction from the District Court of the United States to "pierce the Corporate veil" of the defendant, STATE OF WEST VIRGINIA, to allow the  reinstatement of the

15

lawful State of West Virginia Constitutional organic Government by the people once again,  pursuant to their Constitution and the Constitution of the United States, guaranteeing a Republican form of Government.

3.As relief for the third Cause of Action, Plaintiffs Deegan and Deegan seek five million dollars as cumulative damages representing compensatory, aggravated, general, exemplary and special damages.

4.As relief for the Fourth cause of Action, Plaintiff Deegan and Deegan pray for a judicial order by the District Court of the United States, for the immediate removal of case 11-F-101, 11-F-102, to the Ecclesiastical Court of Justice, Pennsylvania, to be heard at such time as can be convened by all parties involved pursuant to the 14th Amendment right to life and liberty of practicing ones faith and religion.

5.As relief for the Fifth cause of Action, Plaintiff Peachey prays for five million dollars to cover the lifetime costs of his time and costs that will be involved to provide Young Living Essential Oils, therapy, healing and ministering to Deegan's emotional and physical needs pursuant to his right and freedom of religion.

6.In the interests of justice, Plaintiffs reserve the right to amend this Complaint as more evidence surfaces, to buttress Plaintiff's claims.

16

**Sui Juris:**
**"Of One's Own Right"**



*"Forever Glory"*

*Affirmed:*
*Declaration of Independence, July 4, 1776*

*Constitution of the united States, with*
*Bill of Rights, circa 1791*

# Affidavit of Sovereign Rights

**Whereas, "𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢** *of the United States***"** hold our God-given unalienable sovereign rights to self-govern by indigenous power endowed by our Creator and guaranteed by the ten Articles of the Bill of Rights, *circa* 1791, which reserved and preserved the sovereignty of the people. We the People in the Republic for the united States of America reaffirm and continue *"The unanimous Declaration of the thirteen united States of America,"* July 4, 1776, and *"The Constitution for the United States of America,"* ratified with the Bill of Rights, *circa* 1791. Further, the Supreme Court affirmed the sovereignty of the people in 1793 in *Chisholm v. Georgia,* 2 US 419 by Chief Justice John Jay stating, "At the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country, but they are sovereigns without subjects and have none to govern but themselves." President Andrew Johnson likewise referenced this sovereignty in a proclamation on December 25, 1868, "and in the name of the sovereign People of the United States." Therefore, as one of "We the People of the United States," by these presents,

**I affirm, witness, and testify** I am an American sovereign, known as a Citizen of the United States of America and of the free State in which I live, pursuant to our de jure Constitution, c.1791, Article I, Section 2, or Article IV, Section 2, in referencing a "Citizen of the United States" or "Citizens of each State." I hold the sole, exclusive, and lawful meaning of Citizen to be a natural born Citizen or lawfully naturalized living man or woman living on the organic geographical land mass within the territorial and jurisdictional borders of the Republic for the united States of America. These Citizens, from the free and independent states have joined together, irrespective of the geographical states in which they live, and are known as We the People of the United States of America, the Republic for the united States of America, and/or the Republic for/of the United States of America; and

**I affirm, witness, and testify** I am not a citizen, federal citizen, civilian, resident, debtor, chattel, or subject of political venue or jurisdiction by cause of contract with incorporated powers of the District of Columbia, directly or indirectly. I hold no allegiance and/or fidelity to any foreign prince, potentate, state, sovereign, country, or affiliate subject. I am not bound to any political district, agency, affiliate, or incorporated powers of any kind, willingly or unintentionally, which would waive lawful United States of America Citizenship status, responsibilities, duties, and rights enumerated and protected by our de jure Constitution. All such terms and conditions are inferior and only enforceable, binding, and valid to the extent that all are subject to the supremacy of the aforementioned Constitution, the Bill of Rights, and lawful amendments and general laws pursuant; and

**I affirm, witness, and testify** my sole and exclusive political jurisdiction and law venue rest on the blessings of liberty and justice for all; the common law of God; the Holy Bible; sacred trust of self-governance; the Declaration of Independence, July 4, 1776; the Constitution for the United States of America, of *"the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and eighty seven,"* and ratified with the Bill of Rights, *circa* 1791; and lawful amendments and general laws pursuant. In Witness this day I do hereby subscribe my name.

**Printed Name**
(no unusual punctuation): _Thomas_ Middle _David_ Last _Deegan_

**Address, City:** _317 Locust Drive_

**County:** _WOOD_    **State** (no abbreviation): _West Virginia free state_

**Phone:** _(304) 840-0043_    **Email:** _tdavid@hushmail.com_

Executed and sealed by the voluntary act of my own hand, this ___21___ day of ___February___, 20_12_.

Signature: _Thomas Deegan_

**Printed Name:** _Lynn Gene Stalnaker_
First Witness (First, Middle, Last)

Signature: _Lynn Gene Stalnaker_

**Printed Name:** _Timothy Arrington_
Second Witness (First, Middle, Last)

Signature: _Timothy Arrington_



*Sui Juris:*
*"Of One's Own Right"*

*"Forever Glory"*

*Affirmed:*
*Declaration of Independence, July 4, 1776*

*Constitution of the united States, with Bill of Rights, circa 1791*

# Affidavit of Sovereign Rights

**Whereas, "𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢** of the United States"** hold our God-given unalienable sovereign rights to self-govern by indigenous power endowed by our Creator and guaranteed by the ten Articles of the Bill of Rights, *circa* 1791, which reserved and preserved the sovereignty of the people. We the People in the Republic for the united States of America reaffirm and continue *"The unanimous Declaration of the thirteen united States of America,"* July 4, 1776, and *"The Constitution for the United States of America,"* ratified with the Bill of Rights, *circa* 1791. Further, the Supreme Court affirmed the sovereignty of the people in 1793 in *Chisholm v. Georgia*, 2 US 419 by Chief Justice John Jay stating, "At the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country, but they are sovereigns without subjects and have none to govern but themselves." President Andrew Johnson likewise referenced this sovereignty in a proclamation on December 25, 1868, "and in the name of the sovereign People of the United States." Therefore, as one of "We the People of the United States," by these presents,

**I affirm, witness, and testify** I am an American sovereign, known as a Citizen of the United States of America and of the free State in which I live, pursuant to our de jure Constitution, c.1791, Article I, Section 2, or Article IV, Section 2, in referencing a "Citizen of the United States" or "Citizens of each State." I hold the sole, exclusive, and lawful meaning of Citizen to be a natural born Citizen or lawfully naturalized living man or woman living on the organic geographical land mass within the territorial and jurisdictional borders of the Republic for the united States of America. These Citizens, from the free and independent states have joined together, irrespective of the geographical states in which they live, and are known as We the People of the United States of America, the Republic for the united States of America, and/or the Republic for/of the United States of America; and

**I affirm, witness, and testify** I am not a citizen, federal citizen, civilian, resident, debtor, chattel, or subject of political venue or jurisdiction by cause of contract with incorporated powers of the District of Columbia, directly or indirectly. I hold no allegiance and/or fidelity to any foreign prince, potentate, state, sovereign, country, or affiliate subject. I am not bound to any political district, agency, affiliate, or incorporated powers of any kind, willingly or unintentionally, which would waive lawful United States of America Citizenship status, responsibilities, duties, and rights enumerated and protected by our de jure Constitution. All such terms and conditions are inferior and only enforceable, binding, and valid to the extent that all are subject to the supremacy of the aforementioned Constitution, the Bill of Rights, and lawful amendments and general laws pursuant; and

**I affirm, witness, and testify** my sole and exclusive political jurisdiction and law venue rest on the blessings of liberty and justice for all; the common law of God; the Holy Bible; sacred trust of self-governance; the Declaration of Independence, July 4, 1776; the Constitution for the United States of America, of *"the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and eighty seven,"* and ratified with the Bill of Rights, *circa* 1791; and lawful amendments and general laws pursuant. In Witness this day I do hereby subscribe my name.

**Printed Name**
(no unusual punctuation)
First Darlene   Middle Kay   Last Deegan

**Address, City** 317 Locust Dr Mineralwells

**County** Wood   **State** (no abbreviation) West Virginia

**Phone** 304-840-0013   **Email** Dawd@rushmail.com

**Executed and sealed by the voluntary act of my own hand, this** 21st **day of** February, 20 12.

Signature: Darlene Kay Deegan

**Printed Name:** Lynn Gene Stalnaker
First Witness (First, Middle, Last)

Signature: Lynn Gene Stalnaker

**Printed Name:** Timothy Arrington
Second Witness (First, Middle, Last)

Signature:

*Sui Juris:*
*"Of One's Own Right"*



*"Forever Glory"*

*Affirmed:*
*Declaration of Independence, July 4, 1776*

*Constitution of the united States, with*
*Bill of Rights, circa 1791*

# Affidavit of Sovereign Rights

**Whereas, "We the People of the United States"** hold our God-given unalienable sovereign rights to self-govern by indigenous power endowed by our Creator and guaranteed by the ten Articles of the Bill of Rights, *circa* 1791, which reserved and preserved the sovereignty of the people. We the People in the Republic for the united States of America reaffirm and continue *"The unanimous Declaration of the thirteen united States of America,"* July 4, 1776, and *"The Constitution for the United States of America,"* ratified with the Bill of Rights, *circa* 1791. Further, the Supreme Court affirmed the sovereignty of the people in 1793 in *Chisholm v. Georgia*, 2 US 419 by Chief Justice John Jay stating, "At the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country, but they are sovereigns without subjects and have none to govern but themselves." President Andrew Johnson likewise referenced this sovereignty in a proclamation on December 25, 1868, "and in the name of the sovereign People of the United States." Therefore, as one of "We the People of the United States," by these presents,

**I affirm, witness, and testify** I am an American sovereign, known as a Citizen of the United States of America and of the free State in which I live, pursuant to our de jure Constitution, c.1791, Article I, Section 2, or Article IV, Section 2, in referencing a "Citizen of the United States" or "Citizens of each State." I hold the sole, exclusive, and lawful meaning of Citizen to be a natural born Citizen or lawfully naturalized living man or woman living on the organic geographical land mass within the territorial and jurisdictional borders of the Republic for the united States of America. These Citizens, from the free and independent states have joined together, irrespective of the geographical states in which they live, and are known as We the People of the United States of America, the Republic for the united States of America, and/or the Republic for/of the United States of America; and

**I affirm, witness, and testify** I am not a citizen, federal citizen, civilian, resident, debtor, chattel, or subject of political venue or jurisdiction by cause of contract with incorporated powers of the District of Columbia, directly or indirectly. I hold no allegiance and/or fidelity to any foreign prince, potentate, state, sovereign, country, or affiliate subject. I am not bound to any political district, agency, affiliate, or incorporated powers of any kind, willingly or unintentionally, which would waive lawful United States of America Citizenship status, responsibilities, duties, and rights enumerated and protected by our de jure Constitution. All such terms and conditions are inferior and only enforceable, binding, and valid to the extent that all are subject to the supremacy of the aforementioned Constitution, the Bill of Rights, and lawful amendments and general laws pursuant; and

**I affirm, witness, and testify** my sole and exclusive political jurisdiction and law venue rest on the blessings of liberty and justice for all; the common law of God; the Holy Bible; sacred trust of self-governance; the Declaration of Independence, July 4, 1776; the Constitution for the United States of America, of *"the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and eighty seven,"* and ratified with the Bill of Rights, *circa* 1791; and lawful amendments and general laws pursuant. In Witness this day I do hereby subscribe my name.

| Printed Name (no unusual punctuation) | Nathan First | Joel Middle | Peachey Last |
|---|---|---|---|

**Address, City** 715 Conley Road

| County Union | State (no abbreviation) Pennsylvania |
|---|---|

| Phone 570 966 0201 | Email rosecilla@dejazzd.com |
|---|---|

Executed and sealed by the voluntary act of my own hand, this **eighteenth** day of **February** , 20**12**.

Signature: Nathan Joel Peachey

*Red Thumbprint or Seal*

*Printed Name:* Galen E Yoder
*First Witness*   (First, Middle, Last)

Signature: Galen E Yoder

*Printed Name:* Timothy A McKown
*Second Witness*   (First, Middle, Last)

Signature: Timothy A McKown

# I. AFFIDAVIT OF PLAINTIFFS

Pursuant to the Judiciary Act by Congress of September 24, 1789, Section 35, that in all Courts of the United States, the parties may manage and plead their own causes personally or by the assistance of such counsel....

We aver, assert and affirm that our lawful names are Thomas Deegan and Darlene Deegan. We verily state that we are currently enrolled as law students with the American Republic Law Group helmed by Judge Navin C Naidu of the 'Nato Indian Nation, Utah, and the Lipan Apache Band of Texas. Judge Naidu is a Member in Good Standing with the American Judges Association, Membership # 160325.

We crave the Court's indulgence in granting us the privilege of holding us to less stringent standards and to construe our pleadings liberally as in *Estelle v. Gamble*, 429 U.S. 97, 102 (1976) when Justice Thurgood Marshall cited *Haines v. Kerner*, 404 U.S. 519 (1972), concerning a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than 19 formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief," quoting *Conley v. Gibson*, 355 U.S. 41, 45-46.

Respectfully submitted this 24th day of February, 2012.

Thomas Deegan          Darlene Deegan

Witness and private ecclesiastical assistance of council, Nathan Peachey

Plaintiffs *in propria persona*

Thomas Deegan and Darlene Deegan

317 Locust Drive                    1 (304) 840 0043

17

## CERTIFICATE OF MAILING

We aver, assert, attest and affirm that we this day, _____, caused to be mailed, to the Defendants, copies of a Summons and Complaint by certified mail, United States Postal Services.

Proof of service will be mailed to the Clerk of the Court upon completion of service to said Defendants.

_____
Thomas Deegan

*Darlene Deegan*
_____
Darlene Deegan

18