7010 0780 0001 5802 5608

District court of the United States
For the southern district of the State of "West Virginia"

THOMAS DEEGAN, et al.,            )
                                  )   NOTICE
Plaintiffs,                       )
                                  )   Letters Patent of
v.                                )   Plenipotentiary and
                                  )   Warrant of Attorney
STATE OF WEST VIRGINIA. et al.,   )
                                  )
Defendants,                       )



FILED
MAR - 5 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

STRICKEN BY
[16] ORDER
ENTERED 3-5-2012

NOTICE
Joseph R. Goodwin, Chief Judge

I am Nathan J Peachey, a Citizen of the state of "Pennsylvania" and Chief Justice of the Republic for the United States of America, I hold Letters Patent of Plenipotentiary and Warrant of Attorney on THOMAS DEEGAN and DARLENE DEEGAN Plaintiff, Case# 6:12-cv-00523.

I will be continuing the prosecution in the District court of "West Virginia" against STATE OF WEST VIRGINIA and other named defendants.

Please file this Notice for the Records and return a stamped copy to this address, Chief Justice Nathan Peachey, 715 Conley Road, Mifflinburg PA 17844.

Please notify me of anything to the contrary. I will notify all defendants to the same. Deegan and Deegan "appeared specially" in COURT on February 28th-29th and received commercial incarceration sentence and I have not heard from them since. I will be taking this to the corporate political US Supreme Court to overturn the CORPORATIONS ruling and continue the prosecution in the patent District court of "West Virginia" against STATE OF WEST VIRGINIA CORPORATION and other named defendants in the District Court of the United States on behalf of the Plaintiffs while incarcerated illegally.

Respectfully

Nathan J Peachey
Chief Justice of the Republic for the United States of America

*Filed by mail 7010 0780 0001 5802 5608 on March 1, 2012*

Nathan Peachey
715 Conley Rd
Mifflinburg Pennsylvania

7010 0780 0001 5802 5608

2610135352

U.S. POSTAGE
PAID
MIFFLINBURG, PA
17844
MAR 01, 12
AMOUNT
$5.30
00046715-02

UNITED STATES POSTAL SERVICE
1000
26101

District Court of West Virginia
425 Julianα Street, Rm # 5602
Parkersburg WV 26101

MAR 01 2012
USA FIRST-CLASS FOREVER