District court of the United States
For the southern district of the State of "West Virginia"

STRICKEN BY [18]
ORDER ENTERED 3-13-12

THOMAS DEEGAN, et al.,

Plaintiffs,

v.

STATE OF WEST VIRGINIA.et al.,

Defendants,

FILED
MAR 12 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

NOTICE
Nathan J Peachey
Successor-in-interest/intervener

Statutory authority for my lawful right of my standing in the district court of the United States is found in the contract. Power to prohibit has not been delegated by We the People, by Constitution.

NOTICE
Joseph R. Goodwin, Chief Judge

Darlene Deegan notified in the nature of, that Thomas Deegan is seeking shelter in a "City of Refuge", pursuant to <u>Hosanna-Tabor v. Equal Employment, U.S. Supreme Court Jan. 12, 2012,</u> *"it is easy to forget that the autonomy of religious groups, both here in the United States and abroad, has often served as a shield against oppressive civil laws..... To safeguard this crucial autonomy, we have long recognized that the Religion Clauses protect a private sphere within which religious bodies are free to govern themselves in accordance with their own beliefs. The Constitution guarantees religious bodies "independence from secular control or manipulation—in short, power to decide for themselves, free from state interference.* Thomas exercised his constitutionally protected religious Right to seek shelter from secular oppression of the wicked, as found in (Ex. 21:12-14; Num. 35:6-34; Deut. 4:41-43; 19:1-13; and Josh. 20:1-9) Romans 6:14 and Hebrews 6:18, to seek refuge from the law, in Jesus Christ.

For cause, I am Nathan J Peachey successor-in-interest/intervener on duty, and pursuant to the Constitution, Bill of Rights, Article 1, and Article 10, I will exercise my right of powers on the THOMAS DEEGAN and DARLENE DEEGAN Plaintiff, Case# 6:12-cv-00523. I will continue suit in the district court of the United States for the district of "West Virginia" against STATE OF WEST VIRGINIA and other named defendants.

Please file this Notice for the Records and return a stamped copy to this address, Nathan Peachey Plenipotentiary, 715 Conley Road, Mifflinburg PA 17844.

Respectfully,

Nathan J Peachey successor-in-interest/Intervener Plenitentiary

Nathan Peachey Penitentiary, successor-in-interest/intervener

*Filed into the records by mail 7010 0780 0001 5802 5615 on March 8th, 2012*
***Warning:*** *It is a federal offense for anyone to strike, remove, void, refuse or tamper with any public records.*

11-F-102 Certified copy
Darlene Kay: Deegan

# Commission of Plentipotentiary

These presents: more than the nature of a letter of attorney, I unconditionally with no reservation, due grant absolute all my right of power, duty and responsibility to represent and be represented in all private law, commercial law, public law, common law, natural law, God's law, the Holy Bible, the Constitution and laws pursuant to it, to defend, protect, sue and be sued in all things and nothing to the contrary withstanding, to and upon Bishop and Overseer of Jericho Outreach, nathan Joel Peachey or successors or assignees, lawyers of the Word, til such time that I revoke this commission, and the lawyers likewise,

Darlene Kay: Deegan
Darlene Kay: Deegan

witness #1 Nicole M. Hall
witness #2 [signature]

Document that was represented to be the original of this copy was filed in the office of the Circuit Clerk of Wood Co., WV on

JAN - 4 2012

Carole Jones, Circuit Clerk
Wood County, WV

accepted Nathan J Peachey Successor in interest Intervenor
nathan Joel Peachy

11-F-14

certified
Thomas-David: Deegan

# Commission of Plentipotentiary

These presents: More than the nature of a letter of attorney, I unconditionally with no reservation, due grant absolute all my right of power, duty and responsibility to represent and be represented in all private law, common law, public law, commercial law, natural law, God's law, the Holy Bible, the Constitution and laws pursuant to it, to defend, protect, sue and be sued, in all things and nothing to the contrary withstanding, to and upon Bishop and Overseer of Jericho Outreach, Nathan Joel Peachey, or assignees successors, lawyers of the Word, till such time that I revoke this commission and the lawyers likewise.

Thomas-David: Deegan
Thomas-David: Deegan

witness #1 [signature] M. Hall
witness #2 [signature]

accepted Nathan Joel Peachey successor-in-interest [illegible]
Nathan Joel Peachey

Document that was represented to be the original of this copy was filed in the office of the Circuit Clerk of Wood Co., WV on

JAN -4 2012

Carole Jones, Circuit Clerk
Wood County, WV

We the People
Article 1

United States; If he approve he shall sign it, [illegible] with his Objections to that House in which it shall have originated, [illegible] by two thirds of that House shall agree to pass the Bill, [illegible] together with the Objections, [illegible] if approved by two thirds of that House, [illegible] But in all such Cases [illegible] the Journal of each House respectively. [illegible] shall be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, [illegible] unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote [illegible]

Section 8. The Congress shall have Power [illegible]

[illegible]

# Article II.

Section 1. The executive Power [illegible] He shall hold his Office during the Term of four Years, and, together with the [illegible] as follows

Each State shall appoint, [illegible] a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, [illegible]

the same State with themselves. And they shall make [illegible] of all the Persons voted for, and of the Number of Votes for each; which [illegible] they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, [illegible] a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have [illegible] Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then [illegible] the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member [illegible] from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; [illegible] within the United States.

[illegible]

## Article III

[illegible]

## Article IV

Section 1. [illegible]

[illegible]

Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States. [illegible]

Section. 3. [illegible]

[illegible]

# Article. V.

[illegible]

# Article. VI.

[illegible]

# Article. VII.

[illegible]

done in Convention by the Unanimous Consent of the States present [illegible] In witness whereof We have hereunto subscribed our Names,

Go. Washington — Presidt. and deputy from Virginia

New Hampshire: John Langdon, Nicholas Gilman

Massachusetts: Nathaniel Gorham, Rufus King

Connecticut: Wm. Saml. Johnson, Roger Sherman

New York: Alexander Hamilton

New Jersey: Wil: Livingston, David Brearley, Wm. Paterson, Jona: Dayton

Pensylvania: B Franklin, Thomas Mifflin, Robt Morris, Geo. Clymer

Delaware: Geo: Read, Gunning Bedford jun, John Dickinson, Richard Bassett, Jaco: Broom

Maryland: James McHenry, Dan of St Thos Jenifer, Danl Carroll

Virginia: John Blair, James Madison Jr.

North Carolina: Wm Blount, Richd. Dobbs Spaight, Hu Williamson

South Carolina: J. Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler

*and now come the continuous aforementioned blessed posterity of these Founding Fathers.....*

*with these Presents;*

*We the People of the United States, posterity and continuous legacy of these Original Founding Fathers and signers of this September 17, 1787 Constitution on the land of these united States of America, do hereby ordain and establish with our own signatures, ratify this Constitution, for ourselves and our blessed posterity in the Year of our Lord Jesus Christ of the Republic for the united States of America c. September 23, 2010 on.....;*

## *Pennsylvania, Republic Jural Assembly*

( David Barr Slater ) ( Nathan Joel Peachey )
( Simeon S. Stoltzfus ) ( [illegible] Robert Kell )
( [illegible] ) ( [illegible] )
( Miriam Ruth Noordam ) ( Marlin James Esh )
( [illegible] Jr. ) ( Ephraim J. Peachey )
( By: Gary Lee Hilbert ) ( Timothy Alan McKown )
( Marcus R Helbush ) ( )
( Galen E. Yoder ) ( )
( Glenn M. Swartz ) ( )
( Carol L. Yoder ) ( )
( James Christner ) ( )
( Roger Williams ) ( )

*Republic Jural Assembly ratified this day in the Year of our Lord :*

*Date:* July 9 2011 A.D.

*Republic Jural Assembly ratified this day in the Year of our Lord :*

*Date:*

Nathan Peachey
715 Conley Rd
Mifflinburg Pennsylvania

7010 0780 0001 5802 5615

UNITED STATES POSTAL SERVICE

1000

26101

U.S. POSTAGE
PAID
MIFFLINBURG,PA
17844
MAR 08.'12
AMOUNT
$5.95
00046715-03

United States District Court
425 Juliana Street Room 5102
Parkersburg WV 26101

26101$5352